IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAKE TAYLER JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-00302-M-BT |
| | § | |
| BMW FINANCIAL SERVICES, | § | |
| EQUIFAX, and EXPERIAN, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 6, 2022. (ECF No. 18). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 27th day of December, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1