IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAKE TAYLER JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-00302-M-BT |
| | § | |
| BMW FINANCIAL SERVICES, | § | |
| EQUIFAX, and EXPERIAN, | § | |
| | § | |
| Defendants. | § | |

# JUDGMENT

The Court has entered an Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Experian and Equifax are DISMISSED without prejudice and Plaintiff's claim against BMW are DISMISSED with prejudice.

**SO ORDERED,** this 27th day of December, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1